**IN THE SUPERIOR COURT OF GUAM**

| | |
|---|---|
| THE PEOPLE OF GUAM, | Superior Court Case No. CF0551-17 |
| Plaintiff, | |
| vs. | **DECISION AND ORDER** |
| | **RE** |
| | **MOTION FOR LEAVE OF COURT** |
| MACHRIN WASAN, | **TO CHANGE PLEA TO NOT GUILTY** |
| | **BY REASON OF** |
| Defendant. | **MENTAL DEFECT OR ILLNESS** |

Defendant Machirin Wasan[1] moves for leave of Court to change her plea from not guilty to Not Guilty by Reason of Mental Defect or Illness. Having evaluated the applicable law and the parties' arguments, the Court hereby GRANTS the motion.

## I.   PROCEDURAL BACKGROUND

The Indictment charges Wasan and her co-Defendant Richard Angonbiran with: Burglary (as a Second Degree Felony); Theft (as a Second Degree Felony); Criminal Mischief to a Motor Vehicle (as a Third Degree Felony); and seven counts of Child Abuse (as a Misdemeanor). Wasan pled not guilty at her Arraignment on November 22, 2017.

Wasan now moves for leave of court to withdraw her not guilty plea and to enter a plea of Not Guilty by Reason of Mental Defect or Illness. Wasan's attorneys point to two factors supporting a change of her plea. First, APD states that Wasan suffered a miscarriage the day before the alleged conduct, and references a police report confirming that fact. Second, APD reports that Wasan has "very little recollection about the date of the events that resulted in the

---

[1] The Alternate Public Defender ("APD") represents Wasan.

**ORIGINAL**

charges," and that Wasan's responses to their inquiries on this point are "somewhat unresponsive." Mot. ¶ 6. In opposition, the People contest that Wasan has not provided good cause to support an untimely change in plea. Opp'n at 2 (Jan. 9, 2018).

## II.   LAW AND DISCUSSION

Guam law permits a defendant to assert an affirmative defense of "Mental illness, disease or defect, precluding responsibility." 9 GCA § 7.22(a). However, the defendant may plead not guilty by reason of mental illness, disease or defect more than ten days after arraignment except upon a showing of good cause. 9 GCA § 7.22(d).

Guam law has not defined "good cause," however, it is generally described as a "legally sufficient reason." Black's Law Dict. (10th ed. 2014). The standard is satisfied upon a petitioner's showing that, at the time of arraignment, the plea was entered due to "mistake, ignorance, or inadvertence." *Garza v. People*, 612 P.2d 85, 86 (Colo. 1980) (en banc). Ultimately good cause is shown "when it is demonstrated that fairness and justice are best subserved by permitting the additional plea." *Id.*

Wasan has demonstrated good cause to withdraw her plea of not guilty and enter a plea of not guilty by reason of mental illness or defect. Since Wasan's arraignment, her counsel encountered difficulty communicating with her, a non-English speaker with difficulty remembering the alleged incident. These challenges have affected APD's ability to prepare and mount a defense, and raise issues of competency that counsel may not have detected earlier. Moreover, her miscarriage the day prior to the incident could have affected her ability to understand what occurred on the day of the incident. Due to communication issues, it is likely counsel could not have detected this issue earlier.

ORIGINAL

Moreover, there remains sufficient time to address Wasan's competency prior to the scheduled trial day of May 1, 2018. Under the circumstances, fairness and justice are best served by allowing Wasan to pursue this affirmative defense.

### III.    <u>CONCLUSION AND ORDER</u>

In the interest of serving justice, the circumstances permit allowing Wasan to pursue an affirmative defense in this matter. The Court, therefore, GRANTS Wasan's Motion to change her plea to Not Guilty by Reason of Mental Defect or Illness.

SO ORDERED this 16th day of January 2018.

_____
**HON. ELYZE IRIARTE**
**Judge, Superior Court of Guam**

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the original hereto was placed in the court box of: _____ AG ___ ATD

Date: _____ Time: _____

_____
Deputy Clerk, Superior Court of Guam

ORIGINAL